1  Robert L. Sallander Jr. (SBN 118352)
   GREENAN, PEFFER, SALLANDER & LALLY LLP
2  6111 Bollinger Canyon Road, Suite 500
   San Ramon, California 94583
3  Telephone: (925) 866-1000
   Facsimile: (925) 830-8787
4

5  Attorneys for Defendant
   Travelers Commercial Insurance Company
6

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| AIG INSURANCE COMPANY OF CANADA, | Case No.: 2:15-CV-01569-TLN-DAD |
| Plaintiff, | **MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT (TRAVELERS COMMERCIAL INSURANCE COMPANY);** |
| vs. | **STIPULATION IN SUPPORT THEREOF; AND** |
| FIESTA GAS GRILL LLC, ET AL. | **ORDER** |
| Defendants. | |

## MOTION

Defendant Travelers Commercial Insurance Company hereby moves the Court for an extension of time, to and including November 9, 2015, to file a responsive pleading in this action. The motion is made pursuant to Federal Rule of Civil Procedure 6 and Local Rule 144 on the grounds that the parties have agreed to mediate this dispute and hope to resolve it without the need for further litigation.

Plaintiff previously extended Travelers' time by 28 days pursuant to Local Rule 144 to September 25, 2015. That is the only extension Travelers has received in this case. No other parties have appeared.

Dated: September 23, 2015        GREENAN, PEFFER, SALLANDER & LALLY LLP

                                 By:   /s/ Robert L. Sallander, Jr.
                                       Robert L. Sallander, Jr.
                                       Attorneys for Defendant
                                       Travelers Commercial Insurance Company


## STIPULATION

1. This action concerns issues of insurance coverage for claims asserted in an underlying action.

2. Plaintiff previously extended the time of Travelers Commercial Insurance Co. to file a responsive pleading by 28 days, to September 25, 2015.

3. Thereafter Plaintiff and Travelers agreed to mediate this matter along with the underlying action. At the time of the parties agreement to mediate, mediation in the underlying action was set to proceed, but was then postponed at the request of counsel for another party. The parties are currently working to reset mediation and expect it can be completed in time for Travelers to prepare and file a responsive pleading, if necessary, by November 9, 2015. Wherefore; Plaintiff and Travelers hereby STIPULATE as follows:

1. Pursuant to Local Rule, and subject to Order of the Court, Travelers' deadline to file a

responsive pleading may be extended to November 9, 2015.

Dated: September 23, 2015         McCURDY & FULLER LLP

                                  By:    /s/ Mary P. McCurdy
                                         Mary P. McCurdy
                                         Attorneys for Plaintiff AIG Insurance Company
                                         of Canada

Dated: September 23, 2015         GREENAN, PEFFER, SALLANDER & LALLY LLP

                                  By:    /s/ Robert L. Sallander, Jr.
                                         Robert L. Sallander, Jr.
                                         Attorneys for Defendant
                                         Travelers Commercial Insurance Company

## ORDER

Pursuant to Local Rule 144(a), and the Stipulation of Plaintiff AIG Company of Canada and Defendant Travelers Commercial Insurance Company, constituting all of the parties who have appeared in the action and are affected by this stipulation, and one prior extension of 28 days having been stipulated, and Good Cause appearing, IT IS HEREBY ORDERED that Travelers Commercial Insurance Company has until November 9, 2015 (45 days from the currently operative pleading deadline) to respond to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated:  September 25, 2015

                                         Troy L. Nunley
                                         United States District Judge

MEMORANDUM OF POINTS AND AUTHORITIES